**TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN**

NO. 03-16-00298-CV

**Tara Dawn Turner, Appellant**

**v.**

**Terence Curtis, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
NO. D-1-FM-13-001084, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING**

**M E M O R A N D U M   O P I N I O N**

On April 29, 2016, Tara Dawn Turner filed a notice of appeal with the trial court from the "Order Modifying Existing Temporary Orders Pending Final Judgment" and a petition for writ of mandamus with this Court seeking mandamus relief from the same order. This Court denied her petition for mandamus relief on May 9, 2016. *See In re Turner*, No. 03-16-00294-CV, 2016 Tex. App. LEXIS 4867 (Tex. App.—Austin May 9, 2016, orig. proceeding) (mem. op.).

In response to this Court's letter to the Travis County District Clerk that the clerk's record was overdue in this appeal, Turner filed a letter with this Court, stating that a final judgment has not been entered and that the intent of the notice of appeal was to alert the trial court to the mandamus proceeding and not to commence a separate appeal of a final judgment. Turner requests that this Court treat the notice of appeal "as relating to the now-decided mandamus proceeding" or, alternatively, that this Court extend the deadline for completion of the record until the trial court enters final judgment. As recognized by appellant, the order appealed in the notice of appeal—the

same order challenged in Turner's petition for writ of mandamus—was an interlocutory order. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); Tex. Civ. Prac. & Rem. Code § 51.014 (generally listing permitted interlocutory appeals).

 

 

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Jurisdiction

Filed:   June 2, 2016